```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOSE LUIS SANANGO,

                                 **Plaintiff,**                              **17-CV-9635 (SN)**

            -against-                                          **ORDER**

CABO RESTAURANT LLC, et al.,

                                 **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In this Fair Labor Standards Act case, counsel for the parties submitted their proposed settlement agreement on May 9, 2018. ECF No. 17. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED and this action is DISMISSED with prejudice.

**SO ORDERED.**

                                                                   _____
                                                                   SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:      May 15, 2018
                 New York, New York